IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA LOMAX,

     Plaintiff,                     No. CIV S-06-2677 LKK EFB

     vs.

MICHAEL D. HENRY,

     Defendant.                  ORDER

_____/

     This case was referred to the undersigned on November 22, 2006, pursuant to Local Rule 72-302(c)(21). Plaintiff, previously proceeding *in propria persona*, is now represented by counsel. Because both parties are now represented by counsel, the referral to the magistrate judge is withdrawn and the case is referred back to the district judge. The magistrate judge shall continue to perform the usual discovery tasks associated with ordinary civil cases.

     The status conference set for April 18, 2007, before the undersigned is therefore vacated. Henceforth, the caption on all documents filed in this case shall be shown as No. CIV S-06-2677 LKK EFB.

DATED: January 8, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE