IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA LOMAX,

        Plaintiff,                     No. CIV S-06-2677 LKK EFB

   vs.

MICHAEL D. HENRY,              ORDER RE SETTLEMENT & DISPOSITION

        Defendant.
_____/

      Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on September 20, 2007, the court has determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than thirty (30) days from the date of this order.[1]

      All hearing dates set in this matter, including the October 15, 2007, Status Conference set before the district judge, are **VACATED.**

////

---

[1] As stated on the record at the conclusion of the settlement conference, the parties' stipulation of dismissal may contain a provision allowing the court to retain continuing jurisdiction to enforce the terms of the settlement.

1

1   <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3   CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4       IT IS SO ORDERED.
5       DATED: September 20, 2007

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE