1  PHILIP BOROWSKY, P.C. (SBN 56590)
   CHRISTOPHER J. HAYES (SBN 184287)
2  BOROWSKY & HAYES LLP
   One Market Plaza, Suite 1275
3  Steuart Tower
   San Francisco, California 94105-1403
4  Telephone: (415) 896-6800
   Facsimile: (415) 896-0600
5
   Attorneys for Defendant and
6  Counterclaimant MICHAEL D. HENRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRICIA LOMAX,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL D. HENRY, All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Title of The Subject Property, or Any Cloud on Plaintiff's Title Thereto, and DOES 1–25, inclusive,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIM. | No. 2:06-CV-02677-LKK-EFB<br><br>**ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Judge: Hon. Edmund F. Brennan,<br>          United States Magistrate Judge |

Upon the ex parte application of Defendant and Counterclaimant Michael D. Henry under Local Rule 16-160(b) for an extension of the time to file dispositional documents concerning the

////
////
////
////

BOROWSKY & HAYES LLP
One Market Plaza, Suite 1275
Steuart Tower
San Francisco, CA 94105-1403
Tel. (415) 896-6800
Fax (415) 896-0600

G:\DOCS\EFB\Thinkle\Orders\06cv2677.dispoEOT.1024.wpd          1          No. 2:06-CV-02677-LKK-EFB
Order Extending Time to File Dispositional Documents

settlement in this action, and good cause being shown, the Court hereby orders that dispositional documents are to be filed not later than November 21, 2007.[1]

SO ORDERED.

Dated: October 24, 2007

_____
EDMUND F. BRENNAN
United States Magistrate Judge

---

[1] As stated on the record at the conclusion of the settlement conference, the parties' stipulation of dismissal may contain a provision allowing the court to retain continuing jurisdiction to enforce the terms of the settlement.

BOROWSKY & HAYES LLP
One Market Plaza, Suite 1275
Steuart Tower
San Francisco, CA 94105-1403
Tel. (415) 896-6800
Fax (415) 896-0600

G:\DOCS\EFB\Thinkle\Orders\06cv2677.dispoEOT.1024.wpd            2            No. 2:06-CV-02677-LKK-EFB
Order Extending Time to File Dispositional Documents