PHILIP BOROWSKY, P.C. (SBN 56590)
CHRISTOPHER J. HAYES (SBN 184287)
BOROWSKY & HAYES LLP
One Market Plaza, Suite 1275
Steuart Tower
San Francisco, California 94105-1403
Telephone: (415) 896-6800
Facsimile: (415) 896-0600

Attorneys for Defendant and
Counterclaimant MICHAEL D. HENRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRICIA LOMAX,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL D. HENRY, All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Title of The Subject Property, or Any Cloud on Plaintiff's Title Thereto, and DOES 1–25, inclusive,<br><br>            Defendants. | No. 2:06-CV-02677-EFB<br><br>**STIPULATION OF DISMISSAL [FRCP 41] and ORDER OF DISMISSAL**<br><br>Judge: Hon. Edmund F. Brennan,<br>        United States Magistrate Judge |
| AND RELATED COUNTERCLAIM. | |

      Plaintiff and Counterclaim-Defendant Patricia Lomax and Defendant and Counterclaimant Michael D. Henry hereby stipulate under Rules 41(a) and (c) of the Federal Rules of Civil Procedure that this action be dismissed with prejudice as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs, under the terms of that certain Settlement Agreement entered into by the parties on about November 21, 2007.

      The parties further stipulate that as a condition of this dismissal, this Court shall retain jurisdiction to supervise and enforce the terms of the Settlement Agreement upon motion by any party, as provided by Section 664.6 of the California Code of Civil Procedure and other applicable state and

BOROWSKY & HAYES LLP
One Market Plaza, Suite 1275
Steuart Tower
San Francisco, CA 94105-1403
Tel. (415) 896-6800
Fax (415) 896-0600

G:\DOCS\EFB\Thinkle\Orders\06cv2677.dismiss.1127.wpd     1     No. 2:06-CV-02677-LKK-EFB
Stipulation and Order of Dismissal Pursuant to Settlement

federal law.

The parties further hereby voluntarily consent under 28 U.S.C. § 636(c) to have the Honorable Edmund F. Brennan, United States Magistrate Judge, conduct any and all further proceedings in the case.

Dated: November 21, 2007

          LAW OFFICES OF SANDRA STANLEY

          /s/ Sandra Stanley
          By: SANDRA STANLEY (SBN 98742)
          Attorneys for Plaintiff and Counterclaim-Defendant PATRICIA LOMAX

Dated: November 21, 2007

          BOROWSKY & HAYES LLP

          /s/ Christopher J. Hayes
          By: CHRISTOPHER J. HAYES (SBN 184287)
          Attorneys for Defendant and Counterclaimant MICHAEL D. HENRY

[Proposed]
**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Rules 41(a) and (c) of the Federal Rules of Civil Procedure, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. As a condition of dismissal, and as provided by Section 664.6 of the California Code of Civil Procedure and other applicable state and federal law, the Court shall retain jurisdiction to supervise and enforce the terms of the settlement.

Dated: November 27, 2007.

          EDMUND F. BRENNAN
          United States Magistrate Judge

BOROWSKY & HAYES LLP
One Market Plaza, Suite 1275
Steuart Tower
San Francisco, CA 94105-1403
Tel. (415) 896-6800
Fax (415) 896-0600

G:\DOCS\EFB\Thinkle\Orders\06cv2677.dismiss.1127.wpd    2    No. 2:06-CV-02677-LKK-EFB
Stipulation and Order of Dismissal Pursuant to Settlement